```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                               :

JOSEPH LAVECCHIA, ANTHONY          :
LAVECCHIA, LOUIS LAVECCHIA and
DOUGH BOY DISTRIBUTORS, LLC,       :

                                                                               :                                          1:21-cv-9984-GHW
                                                    Plaintiff,      :
                                                                               :                                                     ORDER
                       -against-                            :
                                                                               :

ARCA CONTINENTAL FOOD & SNACKS   :
DIVISION, WISE FOODS, INC. (d/b/a Wise  :
of New Jersey,                                          X

                                                     Defendant.

------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on November 24, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 13, 2021. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: November 30, 2021

                                                                         _____
                                                                             GREGORY H. WOODS
                                                                  United States District Judge